FILE COPY

No. 07-14-00240-CV

| | | |
|---|---|---|
| Ecom USA, Inc. and U.S. Cotton Growers Association<br>  Appellants | §<br><br>§ | From the 286th District Court of<br>  Cochran County |
| | | February 25, 2015 |
| v. | § | |
| | | Opinion by Chief Justice Quinn |
| David Lynn Clark and Ashley Lyn Clark, Patsy Marie Clark, Randy Craig Coleman and Sandra Jo Coleman, William Ronald Coleman and Jodi A. Coleman<br>  Appellees | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated February 25, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that appellees pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o